

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ROBLES-LOPEZ, <br><br> Defendant. | Case No. ED10-71-1 M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __DISTRICT OF UTAH__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

    The Court finds that:

A.   ( ✓ )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • NO INFORMATION RE: COMMUNITY TIES; NO INFORMATION RE: BAIL RESOURCES; DOB'S

1

1  UNDOCUMENTED STATUS; ASSOCIATED WITH MULTIPLE PERSONAL
2  IDENTIFIERS; HISTORY OF BENCH WARRANTS; PAROLE REVOC.
3  and/or

4  B.   ( )   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on: _____
8  _____
9  _____
10 _____.

12      IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.

15 DATED: 3/31/10

18                               _____
19                               DAVID T. BRISTOW
                                 UNITED STATES MAGISTRATE JUDGE